JESSIE E. BERNAT, Appellant, *v.* WEST SEVENTY-THIRD STREET CORPORATION, Respondent.

(Submitted April 6, 1931; decided April 14, 1931.)

*Harold B. Elgar* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs for motion.